# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID EDDY,<br><br>    Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendant(s). | Case No.: 2:18-cv-1383-RFB-NJK<br><br>**Order**<br><br>(Docket No. 4) |

Before the Court is Plaintiff and Defendant Equifax Information Services, LLC's notice of settlement. Docket No. 4. The Court **ORDERS** these parties to file a stipulation of dismissal no later than October 15, 2018.

IT IS SO ORDERED.

Dated: August 15, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

1